AO 91 (Rev. 02/09)   Criminal Complaint

DOR
11-9-16

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Miguel Rivera-Mora, | ) |
| a.k.a.: Miguel Rivera Mora | ) |
| (A 097 821 034) | ) |
| *Defendant* | ) |

Case No.  16 – 8473MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 8, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Miguel Rivera Mora, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about May 7, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   November 10, 2016

*Judge's signature*

City and state:   Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs
   Enforcement (ICE). I have learned from direct participation in the investigation and
   from the reports and communications of other agents and officers the facts recited
   herein.

2. On November 8, 2016, Miguel Rivera Mora was booked into the Maricopa County
   Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at
   the MCJ, Rivera Mora was examined by ICE Officer B. Hall who determined him to
   be a Mexican citizen, illegally present in the United States. On the same date, an
   immigration detainer was lodged with the county jail. On November 9, 2016, Rivera
   Mora was released from the MCJ and transported to the Phoenix ICE office for
   further investigation and processing. Rivera Mora was held in administrative custody
   until his criminal and immigration records could be obtained and his identity
   confirmed.

3. Immigration history checks revealed Miguel Rivera Mora to be a citizen of Mexico
   and a previously deported criminal alien. Rivera Mora was removed from the United
   States to Mexico through Brownsville, Texas, on or about May 7, 2014, pursuant to

1

the reinstatement of an order of removal issued by an immigration judge. There is no record of Rivera Mora in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rivera Mora's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Miguel Rivera Mora was convicted of Possession with Intent to Distribute More Than 50 grams of Methamphetamine, a felony offense, on June 21, 2011, in the United States District Court, District of New Mexico. Rivera Mora was sentenced to fifty-one (51) months' imprisonment and three (3) years' unsupervised release. Rivera Mora's criminal history was matched to him by electronic fingerprint comparison.

5. On November 9, 2016, Miguel Rivera Mora was advised of his constitutional rights. Rivera Mora freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 8, 2016, Miguel Rivera Mora, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Brownsville, Texas, on or about May 7, 2014, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).


Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 10th day of November, 2016.


John Z. Boyle,
United States Magistrate Judge

3